UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 1:18-cr-00168-JRS-TAB |
| JEREMY HENDERSON, | ) | -01 |
| Defendant. | ) |  |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 12, 2019, the Magistrate Judge submitted her Report and Recommendation (ECF No. 53) regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (ECF No. 44) pursuant to Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 12/2/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov

U. S. Probation

U. S. Marshal